# Court of Appeals of the State of Georgia

ATLANTA,  April 22, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0046. CARL HILL v. TONYA HILL.

On March 18, 2022, the trial court found Carl Hill (the "husband") in willful contempt for failing to execute a limited power of attorney to his wife, Tonya Hill (the "wife"), so she could sell the marital residence, and the court transferred the husband's title to the marital residence to the wife. On April 15, 2022, the trial court granted the wife's motion to dismiss the husband's claims, pending motions, and jury demand based on his failure to appear and prosecute his case. The husband has filed this pro se emergency motion, requesting this Court to either (a) reverse the trial court's order transferring his title to the marital residence to his wife or (b) grant him an emergency injunction to set aside or stay the trial court's order. Additionally, the husband seeks reversal or an emergency injunction from this Court to set aside or stay the trial court order granting the wife's motion to dismiss his claims, pending motions, and jury demand. This Court's Rule 40 (b) emergency powers are limited and intended to be used sparingly. Upon consideration of the husband's emergency motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/22/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*